UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
OCT 05 2006
EUGENE R. WEDOFF
BANKRUPTCY JUDGE

In re:  )
         )
         )    Case No. 04 B 09424
KELSICK, MERLIN,  )
         )
         )
         )    Chapter 7
Debtor.  )

---

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO GLENN R. HEYMAN, TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $67,561.82 | TOTAL COSTS REQUESTED: | $0.00 |
| TOTAL FEES REDUCED: | $22,081.82 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $45,480.00 | TOTAL COSTS ALLOWED: | $0.00 |

**TOTAL FEES AND COSTS ALLOWED: $45,480.00**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)    **Fees Requested Are A Statutory Cap And Not Supported By Work Performed**

The court denies the allowance of compensation in the amount provided for in § 326 of the Bankruptcy Code when the fees requested are not supported by supporting documentation of the services performed or when such compensation appears unreasonably excessive. "The Court may award a trustee less than the statutory fee pursuant to section 326(a). Section 326(a) sets a ceiling on a trustee's fees, and does not create an entitlement to a commission in that amount." *In re Stoecker*, 118 B.R. 596, 601, (Bankr. N.D. Ill. 1990). "The maximum statutory fee is indeed a ceiling, not a floor; reductions below it may be considered." *In re Wire Cloth Products, Inc.*, 130 B.R. 798 (Bankr. N.D. Ill. 1991).

Dated: October 5, 2006

Eugene R. Wedoff
United States Bankruptcy Court

| Date | Description | Initials | Hours |
|---|---|---|---|
| 05/15/06 | Review Chase Bank statements | GRH | 0.20 |
| 05/22/06 | Review and execute final State and Federal tax returns | GRH | 0.60 |
| | Teleconference with Lois West, CPA, re: question on final State and Federal tax returns | GRH | 0.40 |
| | Preparation of final period ending April 30, 2006 tax determination letters for IRS and IL Dept of Revenue | GRH | 0.50 |
| 05/30/06 | Receipt and review of tax determination letter from IRS | GRH | 0.20 |
| 06/09/06 | Teleconference with Dr. Kelsick re: status and distribution | GRH | 0.30 |
| | Review Chase Bank statements | GRH | 0.20 |
| 06/20/06 | Preparation of Trustee's Final Report | GRH | 4.00 |
| 09/12/06 | Future Court appearance at Final Meeting of Creditors | GRH | 1.00 |

Total: 113.70 ①